UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DAVID M. KAMMERER, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action. No. 05-11518-RGS |
| ABBOTT LABORATORIES, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF PARTIAL INTERVENTION AND DECLINATION BY THE UNITED STATES

The United States has reached a settlement agreement with defendant Omnicare, Inc. ("Omnicare"). Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its intention to intervene against Omnicare in this action for the purpose of settlement with respect to Count I of the relator's Second Amended Complaint as to the allegations involving the drug Risperdal only.

The United States also hereby gives notice that it declines to intervene against defendants Abbott Laboratories, AstraZeneca Pharmacueticals, Barr Pharmaceuticals, Bayer Corporation, Eli Lilly and Company, GlaxoSmithKline, Hoffman-Laroche, Inc., Merck & Co., Inc., Novartis Corporation, Novo Nordisk, Inc., Pharmacia Corp., Pfizer, Inc., and Wyeth-Ayerst.

The undersigned attorneys are in the process of obtaining authority for an intervention decision concerning Johnson & Johnson and its affiliates (collectively, "J&J"), and will notify the Court of such decision shortly. In the event that the United States moves to intervene against J&J, J&J has already indicated it will not oppose such a motion.

        Respectfully submitted,

        TONY WEST
        Assistant Attorney General

        MICHAEL K. LOUCKS
        Acting United States Attorney

By:   /s/ Gregg Shapiro
        GREGG SHAPIRO
        CHRISTINE WICHERS
        Assistant United States Attorneys
        One Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100

        JOYCE R. BRANDA
        DANIEL R. ANDERSON
        LAURIE A. OBEREMBT
        Civil Division
        Commercial Litigation Branch
        P.O. Box 261
        Ben Franklin Station
        Washington, D.C. 20044
        (202) 514-3345

Dated: November 3, 2009

## Certificate of Service

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, on November 3, 2009.

        /s/ Gregg Shapiro
        Gregg Shapiro
        Assistant U.S. Attorney