UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-10288-RGS
CIVIL ACTION NO. 05-11518-RGS

UNITED STATES OF AMERICA,
ex rel. BERNARD LISITZA and DAVID KAMMERER,

v.

JOHNSON & JOHNSON, ORTHO-McNEIL-JANSSEN
PHARMACEUTICALS, INC., and
JOHNSON & JOHNSON HEALTH CARE

MEMORANDUM AND ORDER ON
UNITED STATES' MOTION FOR FOR AN INDICATIVE RULING
REGARDING THE COURT'S MARCH 2, 2011 ORDER

June 28, 2011

STEARNS, D.J.

The Motion of the United States for an Indicative Ruling is ALLOWED.

The court's February 25, 2011 Memorandum and Order specifically dismissed the "Kammerer claims . . . in their entirety" but made no reference to the claims of the United States. The March 2, 2011 Order of Dismissal (Dkt. # 128), dismissed relator Kammerer's claims only "in accordance with the Memorandum and Order entered in [the] case on 2/25/11.

The complete Order reads as follows:

For the foregoing reasons, J&J's motions to dismiss are ALLOWED in part and DENIED in part. The Kammerer claims are DISMISSED in their entirety. Lisitza's claims of "best price" fraud are DISMISSED. J&J's motion to dismiss the claims brought by or asserted in the name of the State of Nevada, the State of Texas, and the State of Illinois is ALLOWED. J&J's motion to dismiss the claims of the State of Indiana is ALLOWED as to Count 8 and otherwise DENIED. J&J's motion to dismiss the claims of the Commonwealth of Kentucky and the Commonwealth of Virginia is DENIED. The parties will file within fourteen (14) days of the date of this Order a joint proposed order regulating the future course of discovery in this matter.

The court is mindful of the holding in *Rockwell Int'l Corp. v. United States*, 549 U.S. 457, 478 (2009).

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE